**United States Bankruptcy Court**
Middle District of Alabama

In re  Gladys Groce                                          Case No.  17-30299
                            Debtor(s)                        Chapter   13

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **March 12, 2018**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  **March 12, 2018**                 Signature  **/s/ Gladys Groce**
                                                    Gladys Groce
                                                    Debtor

Attorney  **/s/ Joshua C. Milam**
          Joshua C. Milam ASB-3046-T99U

The Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36104
334-269-4440- Selma 334-872-4545
Fax: 334-263-4096-Selma 334-874-1084
jmilam@smclegal.com